**Electronically Filed**
**Supreme Court**
**SCEC-22-0000682**
**22-NOV-2022**
**08:01 AM**
**Dkt. 14 ODMR**

SCEC-22-0000682

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————————————

JAMES RYAN MALISH and KARL O. DICKS, Plaintiffs,

vs.

SCOTT NAGO, acting in official capacity of Chief Election
Officer, STATE OF HAWAI'I OFFICE OF ELECTIONS,
and ELECTIONS COMMISSION, Defendants.

———————————————————————————————————————————

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Plaintiffs' motion for reconsideration of this court's November 14, 2022 order dismissing complaint in part, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawai'i Rules of Appellate Procedure Rule 40(b). Accordingly, it is ordered that the motion is denied.

DATED: Honolulu, Hawai'i, November 22, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

